# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SUSAN MOORE,

        Plaintiff,

v.

MICHAEL LIBBY and DIANE WHEELER,

        Defendants.

Case No. 18-CV-276-JPS

**ORDER**

Plaintiff filed her complaint on February 22, 2018, alleging unlawful discrimination by supervisors at her former place of employment. (Docket #1). On June 19, 2018, the Court issued an order concerning service of process, noting that the deadline for serving Defendants expired on May 23, 2018 and that no evidence of service had been filed. (Docket #4). The Court afforded Plaintiff fourteen days, or until July 3, 2018, to either submit evidence showing timely service upon Defendants or otherwise explain why good cause existed to extend the Rule 4(m) service deadline. *Id.* at 2. The Court warned that "[f]ailure to do so will result in dismissal of this action without prejudice." *Id.* No response to that order was received, and the July 3 deadline has passed. Consequently, the case must be dismissed for failure to timely effectuate service under Rule 4(m).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to timely effectuate service of process pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge